UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

DIVISION

THOMAS PARKER

Case Number: 6:19-cv-01956-MC

　　　　　　　　　　Plaintiffs,

ORDER

　　v.

LINN-BENTON COMM. COLLEGE

　　　　　　　　　　Defendant,

Plaintiff's Motion for Reimbursement of Out-of-Pocket Expenses (70) is GRANTED. Expenses were incurred by pro bono counsel Thomas Parker. The court awards out-of-pocket expenses in the amount of $1982.54 be made payable to the law firm of Crispin Employment Law PC 1834 SW 58th Avenue, Suite 200, Portland OR 97221.

IT IS SO ORDERED.

DATED this 19th day of November, 2021.

　　　　　　　　　　　　　　　　　　s/Michael J. McShane
　　　　　　　　　　　　　　　　　　MICHAEL J. McSHANE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge